# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
Case Number 2:14-CV-00044-MR-DLH

| | | |
|---|---|---|
| United States of America ) | | |
| **Plaintiff** ) | | |
| ) | | |
| Vs. ) | | **ENTRY OF DEFAULT** |
| ) | | |
| Russell G. Bullen Jr. ) | | |
| **Defendant** ) | | |

THIS CAUSE COMING BEFORE THE COURT for entry of default by the Clerk pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and upon the application of the Plaintiffs for entry of default against Russell G. Bullen Jr..

IT APPEARING TO THE COURT that the named Russell G. Bullen Jr.. Is in default for failing to plead or otherwise defend this action as required by law.

NOW THEREFORE, default is hereby entered against Defendant Russell G. Bullen Jr..

February 27, 2015

Signed: February 27, 2015

Frank G. Johns, Clerk
United States District Court